# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shea, Michael P. | District of Connecticut | 2/2/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ✓ Nomination, Date 2/2/2012 <br> ☐ Initial ☐ Annual ☐ Final <br> 5b. ☐ Amended Report | 1/1/2011 <br> to <br> 1/3/2012 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 242 Trumbull Street <br> Hartford, CT 06103 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Day Pitney LLP |
| 2. Treasurer | Connecticut Supreme Court Historical Society |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Michael P. | 2/2/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Day Pitney LLP | $386,072.00 |
| 2. | 2010 | Day Pitney LLP | $358,711.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Self-employed marriage and family therapist |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Michael P. | 2/2/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Michael P. | 2/2/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. CHET Moderate Managed Allocation Option (529) | | None | L | T | | | | | |
| 2. CHET High Equity Option (529) | | None | M | T | | | | | |
| 3. Dreyfus Midcap Index Fund | | None | K | T | | | | | |
| 4. Fidelity Blue Chip Growth Fund | A | Dividend | K | T | | | | | |
| 5. Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 6. Fidelity Dividend Growth Fund | | None | J | T | | | | | |
| 7. Fidelity Growth & Income Fund | A | Dividend | J | T | | | | | |
| 8. Fidelity Magellan Fund | | None | J | T | | | | | |
| 9. PIMCO Total Return Fund | | None | K | T | | | | | |
| 10. Schwab Stable Value Fund | | None | K | T | | | | | |
| 11. Schwab 100% Global Equity Index Option | | None | L | T | | | | | |
| 12. Schwab Global 100% Equity Option | | None | L | T | | | | | |
| 13. Schwab Aggressive Growth Option | | None | M | T | | | | | |
| 14. Schwab Income with Growth Option | | None | K | T | | | | | |
| 15. Schwab Moderate Growth Option | | None | J | T | | | | | |
| 16. Vanguard High-Yield Tax-Exempt Fund | A | Dividend | J | T | | | | | |
| 17. Vanguard Institutional Index Fund | | None | K | T | | | | | |

1 Income Gain Codes: (See Columns B1 and D4) A - $1,000 or less; B - $1,001 - $2,500; C - $2,501 - $5,000; D - $5,001 - $15,000; E - $15,001 - $50,000; F - $50,001 - $100,000; G - $100,001 - $1,000,000; H1 - $1,000,001 - $5,000,000; H2 - More than $5,000,000

2 Value Codes: (See Columns C1 and D3) J - $15,000 or less; K - $15,001 - $50,000; L - $50,001 - $100,000; M - $100,001 - $250,000; N - $250,001 - $500,000; O - $500,001 - $1,000,000; P1 - $1,000,001 - $5,000,000; P2 - $5,000,001 - $25,000,000; P3 - $25,000,001 - $50,000,000; P4 - More than $50,000,000

3 Value Method Codes: (See Column C2) Q - Appraisal; R - Cost (Real Estate Only); S - Assessment; T - Cash Market; U - Book Value; V - Other; W - Estimated

# VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Emerging Markets Stock Index Fund | A | Dividend | J | T | | | | | |
| 19. Bank of America Accounts | A | Interest | L | T | | | | | |
| 20. Day Pitney Capital Account | C | Interest | M | U | | | | | |
| 21. | | | | | | | | | |

1. Income Gain Codes:  A - $1,000 or less     B - $1,001 - $2,500     C - $2,501 - $5,000     D - $5,001 - $15,000     E - $15,001 - $50,000
   (See Columns B1 and D4)  F - $50,001 - $100,000   G - $100,001 - $1,000,000   H1 - $1,000,001 - $5,000,000   H2 - More than $5,000,000
2. Value Codes           J - $15,000 or less   K - $15,001 - $50,000   L - $50,001 - $100,000   M - $100,001 - $250,000
   (See Columns C1 and D3)  N - $250,001 - $500,000  O - $500,001 - $1,000,000  P1 - $1,000,001 - $5,000,000   P2 - $5,000,001 - $25,000,000
                           P3 - $25,000,001 - $50,000,000                          P4 - More than $50,000,000
3. Value Method Codes     Q - Appraisal         R - Cost (Real Estate Only)   S - Assessment            T - Cash Market
   (See Column C2)        U - Book Value        V - Other                W - Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks | 92 | 693 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 650 | 606 | Notes payable to relatives | | | |
| Unlisted securities | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | Accounts and bills due | | | |
| Due from relatives and friends | | | Unpaid income tax | | | |
| Due from others | | | Other unpaid income and interest | | | |
| Doubtful | | | Real estate mortgages payable-add schedule | | | |
| Real estate owned – personal residence | 382 | 900 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | Other debts-itemize: | | | |
| Autos and other personal property | 26 | 000 | | | | |
| Cash value-life insurance | | | | | | |
| Other assets itemize: | | | | | | |
| Day Pitney Capital Account | 106 | 753 | | | | |
| | | | | | | |
| | | | Total liabilities | | | 0 |
| | | | Net Worth | 1 | 258 | 952 |
| Total Assets | 1 | 258 | 952 | Total liabilities and net worth | 1 | 258 | 952 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | |
| Other special debt | | | | | | |